NUMBER 13-02-456-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

MICHAEL
J. ZENTZ,                                                              Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                         On appeal from the 36th District Court 

                               of San Patricio County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Dorsey and Hinojosa

                                       Opinion Per Curiam

 








Appellant, MICHAEL
J. ZENTZ, perfected an appeal from a judgment entered
by the 36th District Court of San Patricio
County, Texas,  in
cause number S-01-3280-CR. 
Appellant has filed a motion to withdraw the notice of appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having
considered the documents on file and appellant=s motion to withdraw the notice of appeal, is of
the opinion that appellant's motion to withdraw the notice of appeal should be
granted.  Appellant's motion to withdraw
the notice of appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day
of October, 2002.